NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN-PIERRE BANEY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3184

---

Petition for review of the Merit Systems Protection Board in case no. DA3443100262-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent and for an extension of time for the Board to file its brief,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

NOV 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John-Pierre Baney
Matthew F. Scarlato, Esq.
Stephanie Conley, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK